# Plaintiff's Response in Opposition to Truist Bank's Motion to Stay Discovery

Plaintiff Alma Lilia Guerrero, appearing pro se, respectfully opposes Defendant Truist Bank's Motion to Stay Discovery and Related Pretrial Deadlines and would show the Court as follows:

## I. Introduction

Defendant requests a complete stay of discovery pending resolution of the pending motions to dismiss.

Plaintiff respectfully submits that a stay is not warranted under the circumstances of this case.

## II. Discovery and Motion Practice Address Different Issues

The pending motions to dismiss concern the legal sufficiency of the pleadings.

Discovery concerns the development of factual issues relevant to the parties' claims and defenses.

The existence of a pending motion to dismiss does not automatically justify a stay of discovery.

## III. Plaintiff May Be Prejudiced by Delay

Plaintiff respectfully submits that delaying discovery may unnecessarily postpone the development of factual issues relevant to the claims and defenses asserted in this action.

Plaintiff further submits that allowing the case to proceed under the normal scheduling process promotes efficient case management should any claims survive dismissal.

## IV. The Requested Stay Would Delay Resolution of the Matter

Plaintiff respectfully submits that the requested stay may result in unnecessary delay in the progression of this litigation.

If claims survive the pending motions, discovery would ultimately need to proceed regardless.

## V. Conclusion

For these reasons, Plaintiff respectfully requests that the Court deny Defendant Truist Bank's Motion to Stay Discovery and Related Pretrial Deadlines.

Respectfully submitted,

/s/ Alma Lilia Guerrero Alma Lilia Guerrero Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of July, 2026, I electronically filed the foregoing Plaintiff's Response in Opposition to Defendant Truist Bank's Motion to Stay Discovery and Related Pretrial Deadlines using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Alma Lilia Guerrero Alma Lilia Guerrero Plaintiff, Pro Se