UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALMA LILIA GUERRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-26-CV-3000-OLG (HJB) |
| | § | |
| EQUIFAX, INC.; EXPERIAN SERVICE SERVICE CORP.; TRANS UNION LLC; and TRUIST BANK, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendant Truist Banks' Motion to Stay Discovery and Related Pretrial Deadlines Pending Resolution of Truist Bank's Motion to Dismiss. (Docket Entry 26.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 90.)

The motion to stay was addressed by the Court at the Initial Pretrial Conference held on August 14, 2026. In accordance with the Court's ruling at the conference, it is hereby **ORDERED** that Defendant Truist Bank's motion (Docket Entry 26) is **GRANTED IN PART** and **DENIED IN PART** and only the following pretrial deadlines are currently set in this case:

1. Defendants must make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) on or before **August 27, 2026**. To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

2. Plaintiff must make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) on or before **September 10, 2026**. To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

3. Parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **October 13, 2026**, and each opposing party shall respond in writing on or before **October 27, 2026**. All offers of settlement are to be private, not filed. The parties shall retain the written offers of settlement and response, as the Court will use these in assessing attorney's fees and costs at the conclusion of the proceedings. At any time, if the parties reach a settlement, they should immediately notify the Court by filing a joint advisory. The joint advisory shall state the parties who reach the settlement and whether a settlement conference is required or desired. If a hearing is requested, the parties shall confer and provide a mutually agreeable potential dates for the hearing.

4. On or before **November 10, 2026**, the parties must file any motion seeking leave to amend pleadings or join parties. To the extent it may apply in this case, the deadline for Defendant(s) to file a motion to designate responsible third parties, pursuant to Texas Civil Practice & Remedies Code § 33.004(a), is this same day.

Other proceedings in this case are **STAYED** pending the Court's consideration of Equifax's, Experian's, & TransUnion's Joint Motion to Dismiss (Docket Entry 8) and Defendant Truist Bank's Motion to Dismiss (Docket Entry 21.)

**SIGNED** on August 14, 2026.

Henry J. Bemporad
United States Magistrate Judge